AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)*<br>v.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# SUMMONS IN A CIVIL ACTION
*Attachment to AO 440 Form*

**Additional Defendants:**

**AGC Chemicals Americas, Inc.**
AGC Chemicals Americas, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: agccaservice@crowell.com

**ALL STAR FIRE EQUIPMENT COMPANY**
All Star Fire Equipment Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: swood@woodgrlaw.com, vleeper@woodgrlaw.com,

**AMEREX CORPORATION**
Amerex Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via:   LKerrigan@kmcllaw.com, MTrevino@maynardnexsen.com

**ARCHROMA U.S. INC.**
Archroma U.S. Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: robertjordan@parkerpoe.com, steveweber@parkerpoe.com, charlesraynal@parkerpoe.com, janicestafford@parkerpoe.com; peter.farrell@kirkland.com; ArchromaUS_AFFFMDL_Service@kirkland.com

**ARKEMA, INC.**
Arkema, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFArkemaService@sidley.com

**BASF CORPORATION**
BASF Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: BASF-AFFF-Service@dlapiper.com

**BUCKEYE FIRE EQUIPMENT COMPANY**
Buckeye Fire Equipment Company has agreed to accept service of this Complaint via email and regular mail in lieu of the formal requirements via: BuckeyeAFFFservice@gastonlegal.com

**CARRIER GLOBAL CORPORATION**
Carrier Global Corporation has agreed to accept service of the Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com, giuffrar@sullcrom.com, monahanw@sullcrom.com, friedlandern@sullcrom.com, decampj@sullcrom.com, littletonj@sullcrom.com

**CHEMGUARD, INC.**
ChemGuard, Inc., has agreed to accept service of this Complaint via email in lieu of the formal requirements via: mldaff@jci.com, afffservice@wc.com

**CHEMDESIGN PRODUCTS, INC.**

ChemDesign Products, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: CDPI-AFFFMDLService@grsm.com

### CHEMICALS INCORPORATED
Chemicals Incorporated has agreed to accept service of this Complaint via email in lieu of the formal requirements via: otwaddell@goldbergsegalla.com, jparker@goldbergsegalla.com

### CHUBB FIRE, LTD.
Chubb Fire, Ltd. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: Chubb_Service_AFFFMDL@bclplaw.com

### CLARIANT CORPORATION
Clariant Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: robertjordan@parkerpoe.com, steveweber@parkerpoe.com, charlesraynal@parkerpoe.com, janicestafford@parkerpoe.com

### CORTEVA, INC.
Corteva, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFservice@bartlitbeck.com

### DEEPWATER CHEMICALS, INC.
Deepwater Chemicals, Inc. has agreed to accept service of this Complaint via email in lieu of the format requirements via: Deepwater_AFFF_Service@shb.com

### DUPONT DE NEMOURS, INC.
DuPont De Nemours, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFservice@bartlitbeck.com

### DYNAX CORPORATION
Dynax Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: DynaxService@smithlaw.com

### E. I. DUPONT DE NEMOURS AND COMPANY (F/K/A DUPONT DE NEMOURS AND COMPANY)
E. I. DuPont de Nemours and Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: dupontchemoursservice@shb.com, sdrum@shb.com, jhackman@shb.com, dbdwerlkotte@shb.com

### KIDDE PLC, INC.
Kidde PLC, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com, giuffrar@sullcrom.com, monahanw@sullcrom.com, friedlandern@sullcrom.com, decampj@sullcrom.com,

### NATION FORD CHEMICAL COMPANY
Nation Ford Chemical Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: Tonya.Walkup@wbd-us.com; NationFord@wbd-us.com;

**NATIONAL FOAM, INC.**
National Foam, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: NationalFoam_Service_of_Process@gtlaw.com

**RAYTHEON TECHNOLOGIES CORPORATION**
Raytheon Technologies Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com, giuffrar@sullcrom.com, monahanw@sullcrom.com, friedlandern@sullcrom.com, decampj@sullcrom.com, littletonj@sullcrom.com

**THE CHEMOURS COMPANY**
The Chemours Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: dupontchemoursservice@shb.com, sdrum@shb.com, jhackman@shb.com, dbdwerlkotte@shb.com

**CHEMOURS COMPANY FC, LLC**
THE Chemours Company FC, LLC has agreed to accept service of this Complaint via email in lieu of the formal requirements via: dupontchemoursservice@shb.com
sdrum@shb.com
jhackman@shb.com
dbdwerlkotte@shb.com

**TYCO FIRE PRODUCTS, LP**
Tyco Fire Products, LP as successor in interest to The Ansul Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: mldaff@jci.com, afffservice@wc.com

**UNITED TECHNOLOGIES CORPORATION (F/K/A RTX CORPORATION)**
United Technologies Corporation (n/k/a RTX Company) has agreed to accept service of this Complaint via email in lieu of the formal requirements via:
KiddeDefendantsAFFF@daypitney.com
giuffrar@sullcrom.com
monahanw@sullcrom.com
friedlandern@sullcrom.com
decampj@sullcrom.com
littletonj@sullcrom.com

**UTC FIRE & SECURITY AMERICAS CORPORATION, INC.**
UTC Fire & Security Americas Corporation, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com, giuffrar@sullcrom.com, decampj@sullcrom.com, Toprania@sullcrom.com charnellp@sullcrom.com, reinera@sullcrom.com